**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Defendant
**ROY VINCENT ROSS**

FILED

AUG 15 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　Plaintiff,<br>v.<br>**ROY VINCENT ROSS** et al.,<br>　　　　Defendants. | CR. S. 06–0225 DAD<br><br>**ORDER** |

Based upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the trial confirmation hearing and jury trial herein are re-scheduled as follows:

- Trial confirmation hearing: September 5, 2006, 10:00 a.m.
- Jury trial: September 18, 2006, 10:00 a.m.

Further, IT IS ORDERED that time is excluded as per the terms of the stipulation between the parties.

DATE: August 15, 2006

_____
**HON. DALE A. DROZD**
**United States Magistrate Judge**