# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __CALIFORNIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ROY VINCENT ROSS | **ORDER OF DISCHARGE AND DISMISSAL/EXPUNGEMENT**<br><br>CASE NUMBER: 0972 2:06CR00225-02 |

### ORDER DISCHARGING DEFENDANT FROM PROBATION AND DISMISSING PROCEEDINGS

The supervising probation officer having reported that the defendant has complied with the conditions of probation, and having recommended that the defendant be discharged from probation at this time and that the proceedings be dismissed pursuant to 18 U.S.C. § 3607(a),

**IT IS SO ORDERED.**

11/15/07
_Date_

_Signature of Judge_

DALE A. DROZD, U. S. MAGISTRATE JUDGE
_Name and Title of Judge_

**LODGED**

NOV 14 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CC:   Assistant United States Attorney

Rev. 11/2006
PREJUDGMENT – DISCHARGE (AO246A).MRG